**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, JOE HARRINGTON, declare as to the claims asserted under the federal securities laws, as follows:

1. I have reviewed a complaint filed in this action.

2. I did not purchase the securities that are the subject of this Complaint at the direction of Plaintiffs' counsel or in order to participate in this litigation;

3. I am willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary;

4. My transaction(s) in Tetraphase Pharmaceuticals, Inc. securities which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. During the three years prior to the date of this Certification, I have not participated, nor have I sought to participate, as a representative in any class action suit in the United States District Courts under the federal securities laws.

6. I have not received, been promised or offered, and will not accept, any form of compensation, directly or indirectly, for prosecuting or serving as a representative party in this class action, except for: (i) such damages or other relief as the Court may award to me as my pro rata share of any recovery or judgment; (ii) such reasonable fees, costs or other payments as the Court expressly approves to be paid to or on behalf of me; or (iii) reimbursement, paid by my attorneys, of actual or reasonable out-of-pocket expenditures incurred directly in connection with the prosecution of this action.

I hereby certify, under penalty of perjury, that the foregoing is true and correct. Executed this 27th day of January 2016.

Signed: *[signature: Joseph Harrington]*

NAME: Joseph Harrington

**Joseph Harrington**
**Transactions in Tetraphase Pharmaceuticals, Inc. ("TTPH") Securities**
**Class Period: March 5, 2015 to September 8, 2015**

| DATE OF TRANSACTION | TRANSACTION TYPE (Purchase/Sale) | QUANTITY | PRICE PER SHARE/SECURITY | TOTAL COST/PROCEEDS |
|---|---|---|---|---|
| 4/7/2015 | Purchase | 225 | $36.47 | $8,206.65 |
| 4/17/2015 | Purchase | 500 | $39.68 | $19,840.50 |
| 4/17/2015 | Purchase | 400 | $38.49 | $15,395.60 |
| 6/18/2015 | Purchase | 500 | $45.37 | $22,684.00 |
| 6/23/2015 | Purchase | 415 | $47.85 | $19,856.09 |
| 8/21/2015 | Sale | 1000 | $41.09 | $41,087.20 |