**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JOSEPH HARRINGTON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER,<br><br>　　　　　　　　　　Defendants. | )<br>)<br>)<br>)  Civil Action No. 1:16-cv-10133-LTS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## TETRAPHASE PHARMACEUTICALS INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO L.R. 7.3

Pursuant to Local Rule of Civil Procedure 7.3, undersigned counsel for Defendant Tetraphase Pharmaceuticals Inc. ("Tetraphase") hereby states that Tetraphase has no parent corporation and that the following publicly-held corporation owns a 10% or more interest in Tetraphase: State Street Corporation.

Dated: February 12, 2016

Respectfully Submitted,

 */s/ Sarah Murphy*
Michael G. Bongiorno (BBO # 558748)
Peter J. Kolovos (BBO # 632984)
Sarah Murphy (BBO # 673682)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6000
Fax: (617) 526-5000
michael.bongiorno@wilmerhale.com
peter.kolovos@wilmerhale.com
sarah.murphy@wilmerhale.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, Sarah Murphy, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 12th day of February, 2016.

*/s/ Sarah Murphy*
Sarah Murphy