# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| JOSEPH HARRINGTON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TETRAPHASE PHARMACEUTICALS, INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER,<br><br>　　　　　　　　　　　　Defendants. | )<br>)<br>)<br>) Civil Action No. 1:16-cv-10133-LTS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF TETRAPHASE PHARMACEUTICALS, INC.

Pursuant to Local Rule of Civil Procedure 7.3, undersigned counsel for Defendant Tetraphase Pharmaceuticals, Inc. ("Tetraphase") hereby supplements its prior corporate disclosure statement dated February 12, 2016 and states that, as of this date, Tetraphase has no parent corporation and no publicly-held corporation owns 10% or more of Tetraphase's stock.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　 */s/ Sarah Murphy*
　　　　　　　　　　　　　　　　　　　Michael G. Bongiorno (BBO # 558748)
　　　　　　　　　　　　　　　　　　　Peter J. Kolovos (BBO # 632984)
　　　　　　　　　　　　　　　　　　　Sarah Murphy (BBO # 673682)
　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　　　　Boston, MA  02109
　　　　　　　　　　　　　　　　　　　Tel: (617) 526-6000
　　　　　　　　　　　　　　　　　　　Fax: (617) 526-5000
　　　　　　　　　　　　　　　　　　　michael.bongiorno@wilmerhale.com
　　　　　　　　　　　　　　　　　　　peter.kolovos@wilmerhale.com
　　　　　　　　　　　　　　　　　　　sarah.murphy@wilmerhale.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

Dated:  March 31, 2016

## **CERTIFICATE OF SERVICE**

I, Sarah Murphy, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 31st day of March, 2016.

*/s/ Sarah Murphy*
Sarah Murphy