**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOSEPH HARRINGTON, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TETRAPHASE PHARMACEUTICALS INC., )<br>GUY MACDONALD, JOHN CRAIG )<br>THOMPSON, and DAVID LUBNER, )<br>)<br>Defendants. )<br>)<br>) | Case No. 1:16-cv-10133-LTS<br><br>Hon. Leo T. Sorokin |
| )<br>DAN SCHLAPKOHL, individually and on )<br>behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TETRAPHASE PHARMACEUTICALS INC., )<br>GUY MACDONALD, JOHN CRAIG )<br>THOMPSON, and DAVID LUBNER, )<br>)<br>Defendants. )<br>) | Case No. 1:16-cv-10577 |

**LEAD PLAINTIFF MOVANT NEWVANA VENTURES LIMITED'S CORPORATE DISCLOSURE STATEMENT**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Lead Plaintiff Movant Newvana Ventures Limited ("Newvana"), by and through its undersigned counsel, certifies that it is a privately held company with no parent company or subsidiary, and no publicly held corporation owns 10% or more of the ownership interests of Newvana.

Dated:  April 6, 2016                                      Respectfully submitted,

**LEVI & KORSINSKY LLP**

By: /s/*Shannon L. Hopkins*
Shannon L. Hopkins (BBO# 657485)
733 Summer Street, Suite 304
Stamford, Connecticut 06901
Tel. (203) 992-4523
Fax: (212) 363-7500
shopkins@zlk.com

*Counsel for Lead Plaintiff Movant Newvana and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

     I, Shannon L. Hopkins, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicates as non-registered participants on April 6, 2016.

Dated:  April 6, 2016                      */s/Shannon L. Hopkins*
                                                              Shannon L. Hopkins