# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH HARRINGTON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER<br><br>    Defendants. | Case No. 1:16-cv-10133-LTS<br><br>Hon. Leo T. Sorokin<br><br>**ORAL ARGUMENT REQUESTED** |
| DAN SCHLAPKOHL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER<br><br>    Defendants. | Case No. 1:16-cv-10577-LTS<br><br>Hon. Leo T. Sorokin<br><br>**ORAL ARGUMENT REQUESTED** |

**PLYMOUTH COUNTY RETIREMENT SYSTEM'S
CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION
PURSUANT TO LOCAL RULES 7.1 AND 7.3**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to LR, D. Mass. 7.3, Lead Plaintiff movant, and putative Class member, Plymouth County Retirement System ("Plymouth") certifies that it is a retirement fund with no parent company or subsidiary and that no publicly held corporation owns 10% or more of the ownership interests of Plymouth.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to LR, D. Mass. 7.1(a)(2), Plymouth, by and through its undersigned counsel, hereby states that counsel for Plymouth conferred, in good faith, with counsel for Dan Shlapkohl and Gustavo Rivera De La Fuente (collectively, the "Shlapkohl Group"), Daryll Handell ("Handell"), Massachusetts Water Resources Authority Employees' Retirement Board ("Massachusetts Water), and Newvana Ventures Limited ("Newvana"), prior to filing its Lead Plaintiff opposition, but was unable to resolve or narrow the issues raised therein.

Counsel for the Shlapkohl Group has indicated that they intend to support the appointment of Plymouth and oppose Newvana's appointment. Counsel for Massachusetts Water indicated that it did not intend to oppose the competing motions for appointment as lead plaintiff. Counsel for Newvana and counsel for Handell have each indicated that they intend to oppose Plymouth's Appointment Motion.

As such, Plymouth intends to oppose the competing motions of Handell and Newvana for appointment of each of these movants.

Dated: April 11, 2016

Respectfully submitted,

**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**

 */s/ Joseph P. Guglielmo*
Joseph P. Guglielmo (BBO #671410)
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
Thomas L. Laughlin
Joseph V. Halloran
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
tlaughlin@scott-scott.com
jhalloran@scott-scott.com

*Counsel for Proposed Lead Plaintiff Plymouth County Retirement System and Proposed Lead Counsel for the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2016.

                                          */s/ Joseph P. Guglielmo*
Joseph P. Guglielmo (BBO #671410)
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com