# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH HARRINGTON, individually and on behalf of all others similarly situated, | Case No. 1:16-cv-10133-LTS |
| Plaintiff, | Hon. Leo T. Sorokin |
| v. | |
| TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER, | |
| Defendants. | |
| DAN SCHLAPKOHL, individually and on behalf of all others similarly situated, | Case No. 1:16-cv-10577 |
| Plaintiff, | |
| v. | |
| TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER, | |
| Defendants. | |

**PLAINTIFFS' JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING THE RELATED ACTIONS, APPOINTING LEAD PLAINTIFFS AND APPROVING SELECTION OF CO-LEAD COUNSEL**

WHEREAS, March 28, 2016 was the statutory deadline prescribed by the Private Securities Litigation Reform Act of 1995 ("PSLRA") for purchasers of Tetraphase Pharmaceuticals Inc. ("Tetraphase") securities during the Class Period (March 5, 2015 through September 8, 2015) to file motions with the Court seeking appointment as lead plaintiff;

WHEREAS, on March 28, 2016, Newvana Ventures Limited ("Newvana") filed a motion seeking consolidation of the above-captioned actions (the "Actions"), its appointment as Lead Plaintiff and the approval of Levi & Korsinsky LLP ("Levi & Korsinsky") as Lead Counsel for the Class;

WHEREAS, on March 28, 2016, Plymouth County Retirement System ("Plymouth") filed a motion seeking consolidation of the above-captioned Actions, its appointment as Lead Plaintiff and the approval of Scott + Scott, Attorneys at Law, LLP ("Scott + Scott") as Lead Counsel for the Class;

WHEREAS, on March 28, 2016, Massachusetts Water Resources Authority Employees' Retirement Board ("Water Resources") filed a motion seeking consolidation of the above-captioned Actions, its appointment as Lead Plaintiff and the approval of Robbins Geller Rudman & Dowd as Lead Counsel for the Class;

WHEREAS, on March 28, 2016, Dan Schlapkohl ("Schlapkohl") and Gustavo Rivera De La Fuente ("De La Fuente") filed a motion seeking consolidation of the above-captioned Actions, their appointment as Co-Lead Plaintiffs and the approval of The Rosen Law Firm, P.A. as Lead Counsel for the Class;

WHEREAS, on March 28, 2016, Daryll Handell ("Handell") filed a motion seeking consolidation of the above-captioned Actions, his appointment as Lead Plaintiff and the approval of Gainey McKenna & Egleston as Lead Counsel for the Class;

WHEREAS, on April 11, 2016, Newvana, Plymouth and Handell filed memoranda of law in further support of their motions;

WHEREAS, Water Resources did not oppose any of the competing lead plaintiff motions and Schlapkohl and De La Fuente did not oppose the appointment of Plymouth as lead plaintiff;

WHEREAS, on April 29, 2016, Handell withdrew his motion for appointment of lead plaintiff;

WHEREAS, the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(iii), provides, *inter alia*, that the most adequate plaintiff to serve as lead plaintiff is, in the determination of the Court, the "person or group of persons" that has the largest financial interest in the relief sought by the Class and otherwise satisfies the requirements of Fed. R. Civ. P. 23;

WHEREAS, Newvana and Plymouth, the two remaining lead plaintiff movants, have now agreed that it is in the best interests of the Class for Newvana and Plymouth to jointly prosecute this litigation on behalf of all Class members as Lead Plaintiffs and for their counsel, the law firms of Levi & Korsinsky and Scott + Scott, to serve as Lead Counsel for the Class;

IT IS HEREBY STIPULATED AND AGREED by the remaining movants, through their undersigned counsel, subject to approval of the Court as follows:

1. The Actions are hereby consolidated;

2. Newvana and Plymouth are hereby appointed Lead Plaintiffs for the Class; and

3. The law firms of Levi & Korsinsky and Scott + Scott are hereby appointed as Lead Counsel for the Class.

Dated: May 23, 2016                                   Respectfully submitted,

**LEVI & KORSINSKY LLP**

By: */s/ Shannon L. Hopkins*

Shannon L. Hopkins (BBO# 657485)
shopkins@zlk.com
733 Summer Street, Suite 304
Stamford, Connecticut 06901
Tel. (203) 992-4523
Fax: (212) 363-7500

*Counsel for Lead Plaintiff Newvana and Proposed Lead Counsel for the Class*

/s/ *Joseph P. Guglielmo*_____
Joseph P. Guglielmo
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 1017
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
*jguglielmo@scott+scott.com*

\*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED: _____       _____
                                    THE HONORABLE LEO T. SOROKIN
                                    UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I, Shannon L. Hopkins, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 23, 2016.

4841-8810-9874, v. 1