# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH HARRINGTON, individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER,<br><br>Defendants. | Civil Action No. 1:16-cv-10133-LTS |
| DAN SCHLAPKOHL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER,<br><br>Defendants. | Civil Action No. 1:16-cv-10577-LTS |

## JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER

WHEREAS, on January 26, 2016 and March 23, 2016, the above-captioned putative shareholder class actions (the "Actions") were filed in this Court, asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5;

WHEREAS, on May 25, 2016, this Court approved the consolidation of the Actions, the appointment of Newvana Ventures Limited and Plymouth County Retirement System as lead plaintiffs ("Lead Plaintiffs") and the appointment of the law firms Levi & Korsinsky LLP and Scott + Scott, Attorneys at Law, LLP as lead counsel [Dkt. 53];

WHEREAS, Lead Plaintiffs presently intend to file a consolidated amended complaint, and the parties have agreed that Defendants are not required to answer or other respond to the original complaints filed in the Actions;

WHEREAS, Defendants presently intend to file a motion to dismiss the forthcoming consolidated amended complaint, and the parties agree that, by operation of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4 (the "PSLRA"), discovery should be stayed during the pendency of the motion to dismiss;

WHEREAS, as directed by the Court [Dkt. 53], the parties have conferred and agree to the following schedule the filing of a consolidated amended complaint and for briefing of Defendants' anticipated motion to dismiss;

NOW, THEREFORE, the parties to the above-captioned actions, by and through their undersigned counsel, hereby stipulate and agree, subject to the Court's approval, as follows:

1. The consolidated Actions are hereby consolidated under the caption *In re Tetraphase Pharmaceuticals, Inc. Shareholder Litigation*, Civ. No. 1:16-cv-10133-LTS;

2. Lead Plaintiffs shall file a consolidated amended complaint on or before July 25, 2016;

3. Defendants shall move to dismiss, answer or otherwise respond to the consolidated amended complaint within 60 days after Lead Plaintiffs file such complaint with the Court;

4. Lead Plaintiffs shall file any opposition papers to any motion to dismiss filed by Defendants within 60 days after Defendants' file their motion to dismiss;

5. Defendants shall file any reply papers within 30 days after Lead Plaintiffs file their opposition papers to Defendants' motion to dismiss.

Dated: June 3, 2016                                    Respectfully Submitted,

/s/ Shannon L. Hopkins
Shannon L. Hopkins (BBO # 657485)
LEVI & KORSINSKY LLP
733 Summer Street, Suite 304
Stamford, Connecticut 06901
Tel: (203) 992-4523
Fax: (212) 363-7171
shopkins@zlk.com

/s/ Joseph P. Guglielmo
Joseph P. Guglielmo (BBO #671410)
SCOTT & SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building,
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel: (212) 223-6444
Fax: (212) 223-6334
jguglielmo@scott-scott.com

*Counsel for Lead Plaintiffs*

/s/ Sarah L. Murphy
Michael G. Bongiorno (BBO # 558748)
Peter J. Kolovos (BBO # 632984)
Sarah Murphy (BBO # 673682)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6000
Fax: (617) 526-5000
michael.bongiorno@wilmerhale.com
peter.kolovos@wilmerhale.com
sarah.murphy@wilmerhale.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I, Sarah L. Murphy, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 3rd day of June, 2016.

                                                            */s/ Sarah L. Murphy*
                                                            Sarah L. Murphy

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH HARRINGTON, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER,<br><br>  Defendants. | Civil Action No. 1:16-cv-10133-LTS |

## [PROPOSED] SCHEDULING ORDER

THIS CAUSE came before the Court upon the parties' Joint Stipulation and Proposed Scheduling Order and upon due consideration, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. The consolidated Actions are hereby consolidated under the caption *In re Tetraphase Pharmaceuticals, Inc. Shareholder Litigation*, Civ. No. 1:16-cv-10133-LTS;

2. Lead Plaintiffs shall file a consolidated amended complaint on or before July 25, 2016;

3. Defendants shall move to dismiss, answer or otherwise respond to the consolidated amended complaint within 60 days after Lead Plaintiffs file such complaint with the Court;

4. Lead Plaintiffs shall file any opposition papers to any motion to dismiss filed by Defendants within 60 days after Defendants' file their motion to dismiss;

2

5.      Defendants shall file any reply papers within 30 days after Lead Plaintiffs file their opposition papers to Defendants' motion to dismiss.

Dated: _____, 2016          _____
                                                            Hon. Leo T. Sorokin
                                                            United States District Judge