# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH HARRINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER,<br><br>Defendants. | Civil Action No. 1:16-cv-10133-LTS |
| DAN SCHLAPKOHL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER,<br><br>Defendants. | Civil Action No. 1:16-cv-10577-LTS |

## LEAD PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT AND TO EXTEND TIME FOR THE FILING OF RESPONSIVE PLEADINGS

Court-appointed Lead Plaintiffs Newvana Ventures Limited and Plymouth County Retirement System ("Lead Plaintiffs") respectfully request that the Court: (1) grant leave to file the Proposed Second Amended Class Action Complaint for Violations of the Federal Securities Laws ("SAC"), a copy, in redline, which is attached hereto as Exhibit B; and (2) extend the time

for responsive pleadings as detailed herein. In support of this unopposed Motion, Lead Plaintiffs state as follows:

1. On June 6, 2016, the Court entered an order adopting the parties' proposed schedule for the filing of an amended complaint and briefing on any motion to dismiss. *See* ECF No. 54.

2. Pursuant to this schedule, Lead Plaintiffs filed their First Amended Class Action Complaint for Violations of the Federal Securities Laws on July 25, 2016 ("FAC"). *See* ECF No. 55.

3. After the FAC was filed, Lead Plaintiffs' counsel learned that the alleged materially false and misleading statements made by Defendant John Craig Thompson were inadvertently omitted from the FAC.

4. Accordingly, Lead Plaintiffs' counsel immediately contacted counsel for Defendants on August 1, 2016 to request Defendants' consent to amend the FAC and provided Defendants' counsel with a proposed amended complaint in redline format on August 2, 2016.

5. Counsel for Defendants informed Lead Plaintiffs' counsel on August 8, 2016 that they take no position on Plaintiffs' Motion for Leave to Amend the FAC.

6. Fed. R. Civ. P. 15(a) provides that a party may amend its pleading "with the opposing party's written consent or the court's leave," and that "[t]he court should freely give leave when justice so requires."

7. This is Lead Plaintiffs' first request to amend their complaint and Defendants will not suffer any prejudice from the amendment.

8. Lead Plaintiffs and Defendants have agreed to request an extension until October 11, 2016 for Defendants to file any responsive pleading or motion in this action, including any

motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and to request that the prior rulings of the Court apply to these amended pleadings.

9. Thereafter, Lead Plaintiffs will file responses to any motion to dismiss filed by Defendants in this action within sixty days, by December 12, 2016, and Defendants will file replies within thirty days thereafter, by January 12, 2017.

10. The proposed schedule represents only a short extension from the prior briefing schedule approved by the Court.

**WHEREFORE**, Lead Plaintiffs respectfully request leave to file the SAC attached hereto as Exhibit B, and ask the Court to enter the proposed order that has been attached hereto as Exhibit A.

Dated: August 11, 2016

Respectfully Submitted,

*/s/Shannon L. Hopkins*
Shannon L. Hopkins (BBO # 657485)
LEVI & KORSINSKY LLP
733 Summer Street, Suite 304
Stamford, Connecticut 06901
Tel.: (203) 992-4523
Fax: (212) 363-7171
shopkins@zlk.com

*Counsel for Plaintiff Newvana and Co-Lead Counsel for the Class*

Donald Broggi
Max Schwartz
SCOTT & SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel.: (212) 223-6444
Fax: (212) 223-6334
dbroggi@scott-scott.com
mschwartz@scott-scott.com

*Counsel for Plaintiff Plymouth and Co-Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I, Shannon L. Hopkins, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 11th day of August 2016.

*/s/Shannon L. Hopkins*
Shannon L. Hopkins
