# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH HARRINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER,<br><br>Defendants. | Civil Action No. 1:16-cv-10133-LTS |
| DAN SCHLAPKOHL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER,<br><br>Defendants. | Civil Action No. 1:16-cv-10577-LTS |

## [PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT AND TO EXTEND THE TIME FOR THE FILING OF RESPONSIVE PLEADINGS

THIS CAUSE came before the Court upon Lead Plaintiffs' Unopposed Motion for Leave to file Second Amended Class Action Complaint and to Extend the Time for Filing of Responsive Pleadings, and upon due consideration, and for good cause shown,

IT IS HEREBY ORDERED as follows:

11. Lead Plaintiffs' Unopposed Motion for Leave to file Second Amended Class Action Complaint and to Extend Time for the Filing of Responsive Pleadings is hereby GRANTED;

12. Defendants shall move to dismiss, answer or otherwise respond to the Second Amended Class Action Complaint by October 11, 2016;

13. Lead Plaintiffs shall file any opposition papers to any motion to dismiss filed by Defendants by December 12, 2016;

14. Defendants shall file any reply papers to Lead Plaintiffs' opposition papers by January 12, 2017.

Dated: _____, 2016

                                                                                                 THE HONORABLE LEO T. SOROKIN,
                                                                                                  UNITED STATES DISTRICT JUDGE