# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH HARRINGTON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER,<br><br>    Defendants. | Case No. 1:16-cv-10133-LTS<br><br>Hon. Leo T. Sorokin |
| DAN SCHLAPKOHL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER,<br><br>    Defendants. | Case No. 1:16-cv-10577-LTS<br><br>Hon. Leo T. Sorokin |

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

  Please take a notice that the address for attorney for Plaintiff Plymouth County Retirement System, Joseph P. Guglielmo of Scott+Scott, Attorneys at Law, LLP, has changed as follows:

    OLD ADDRESS:  The Chrysler Building
                405 Lexington Avenue, 40th Floor
                New York, New York 10174

      NEW ADDRESS:    The Helmsley Building
                                    230 Park Avenue, 17th Floor
                                    New York, New York 10169

All other contact information remains the same.

Dated: August 23, 2016                       Respectfully submitted,
                                                  SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

                                                  /s/ Joseph P. Guglielmo
                                                  Joseph P. Guglielmo (JG671410)
                                                  The Helmsley Building
                                                  230 Park Avenue, 17th Floor
                                                  New York, NY 10169
                                                  Tel.: (212) 223-6444
                                                  Fax: (212) 223-6334
                                                  jguglielmo@scott-scott.com

                                                  *Counsel for Plaintiff Plymouth County Retirement System and Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 23, 2016.

                                                  /s/ Joseph P. Guglielmo
                                                  Joseph P. Guglielmo (JG671410)