# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH HARRINGTON, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br>v. )<br><br>TETRAPHASE PHARMACEUTICALS, INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER, )<br><br>Defendants. ) | Civil Action No. 1:16-cv-10133-LTS |
| DAN SCHLAPKOHL, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br>v. )<br><br>TETRAPHASE PHARMACEUTICALS, INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER, )<br><br>Defendants. ) | Civil Action No. 1:16-cv-10577-LTS |

**JOINT MOTION FOR LEAVE TO FILE MEMORANDA IN EXCESS OF PAGE LIMIT**

Defendants Tetraphase Pharmaceuticals, Inc., Guy Macdonald, John Craig Thompson, and David Lubner (collectively, "Defendants") and Lead Plaintiffs Newvana Ventures Limited and Plymouth County Retirement System (collectively, "Plaintiffs") hereby jointly move for leave to file memoranda of law in excess of the twenty-page limit set forth in Local Rule 7.1(B)(4) in connection with Defendants' forthcoming motion to dismiss.

In support of this motion, the parties state that additional pages are required to address the numerous complex legal issues raised by Plaintiffs' Second Amended Class Action Complaint,

which contains two-hundred-ninety-nine paragraphs in one-hundred-fourteen pages. Defendants respectfully submit that they are working diligently to present their arguments as concisely as possible in their forthcoming motion to dismiss, but expect that they will be unable to adequately address Plaintiffs' numerous allegations within the twenty-page limit set forth in the Local Rule. Plaintiffs anticipate that they will require additional pages for their corresponding opposition to Defendants' motion, if Defendants' supporting memorandum exceeds twenty pages.

WHEREFORE, the parties respectfully request that the Court allow the parties to file memoranda of the following length:

1. Defendants may file a Memorandum of Support of Defendants' Motion to Dismiss of no more than thirty-five (35) pages;

2. Plaintiffs may file a Memorandum in Opposition to Defendants' Motion to Dismiss of no more than thirty-five (35) pages.

A proposed order is attached hereto for the Court's consideration.

Respectfully Submitted,

Dated: October 7, 2016

/s/ Sarah Murphy
Michael G. Bongiorno (BBO # 558748)
Peter J. Kolovos (BBO # 632984)
Sarah Murphy (BBO # 673682)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
michael.bongiorno@wilmerhale.com
peter.kolovos@wilmerhale.com
sarah.murphy@wilmerhale.com

*Counsel for Defendants Tetraphase Pharmaceuticals, Inc., Guy Macdonald, John Craig Thompson, and David Lubner*

/s/ *Shannon L. Hopkins (w/consent)*
Shannon L. Hopkins (BBO # 657485)
733 Summer Street, Suite 304
Stamford, Connecticut 06901
Tel: (203) 992-4523
Fax: (212) 363-7500
shopkins@zlk.com

*Counsel for Lead Plaintiff Newvana Ventures Limited and Lead Counsel for the Putative Class*

/s/ *Joseph P. Guglielmo (w/consent)*
Joseph P. Guglielmo
SCOTT + SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, New York  10174
Tel: (212) 223-6444
Fax: (212) 223-6334
jguglielmo@scott-scott.com

*Counsel for Lead Plaintiff Plymouth County Retirement System and Lead Counsel for the Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH HARRINGTON, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 1:16-cv-10133-LTS<br>) |
| v. | )<br>) |
| TETRAPHASE PHARMACEUTICALS, INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |
| DAN SCHLAPKOHL, individually and on behalf of all others similarly situated, | )<br>) |
| Plaintiff, | ) Civil Action No. 1:16-cv-10577-LTS |
| v. | )<br>) |
| TETRAPHASE PHARMACEUTICALS, INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER, | )<br>)<br>) |
| Defendants. | )<br>) |

## **ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE MEMORANDA IN EXCESS OF PAGE LIMITS**

On October 7, 2016, the parties filed their Joint Motion for Leave to File Memoranda in Excess of Page Limit in connection with Defendants' forthcoming motion to dismiss. Having considered the Motion, the Court is of the opinion that it has merit and should be GRANTED.

IT IS THEREFORE ORDERED, that:

1. Defendants may file a Memorandum of Support of Defendants' Motion to Dismiss of no more than thirty-five (35) pages; and

2

2. Plaintiffs may file a Memorandum in Opposition to Defendants' Motion to Dismiss of no more than thirty-five (35) pages.

SO ORDERED:

_____
Leo T. Sorokin
United States District Judge

Dated: _____, 2016

## RULE 7.1(A)(2) CERTIFICATE

I hereby certify that on October 6, 2016, counsel for Defendant has conferred with counsel for the Plaintiffs, and the Parties JOINTLY request the relief sought in this Motion.

*/s/ Sarah Murphy*
Sarah Murphy

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on this 7th day of October, 2016.

*/s/ Sarah Murphy*
Sarah Murphy