UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

1:16-cv-10133-LTS (Lead)
1:16-cv-10577-LTS

JOSEPH HARRINGTON, and
*On behalf of himself and those similarly situated*
DAN SCHLAPKOHL,
*On behalf of himself and those similarly situated*
*Plaintiffs,*

v.

TETRAPHASE PHARMACEUTICALS INC.,
GUY MACDONALD, JOHN CRAIG THOMPSON AND
DAVID LUBNER
*Defendants*

## CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Court's Order (CM/ECF No. 78) issued on May 9, 2017, allowing Defendants' Motion to Dismiss, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

May 11, 2017