# United States Court of Appeals
## For the First Circuit

---

No. 17-1524

PLYMOUTH COUNTY RETIREMENT SYSTEM; NEWVANA VENTURES LIMITED

Plaintiffs - Appellants

DAN SCHLAPKOHL; JOSEPH HARRINGTON, individually and on behalf of all others similarly situated; DARYLL HANDELL; MASSACHUSETTS WATER RESOURCES AUTHORITY EMPLOYEES RETIREMENT BOARD; GUSTAVO RIVERA DE LA FUENTE

Plaintiffs

v.

GUY MACDONALD; JOHN CRAIG THOMPSON; DAVID LUBNER; TETRAPHASE PHARMACEUTICALS, INC.

Defendants - Appellees

---

**JUDGMENT**

Entered: December 11, 2017
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellants' unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Shannon L. Hopkins, Donald A. Broggi, Joseph P. Guglielmo, Jeffrey Craig Block, Christopher Anthony Duggan, Theodore Michael Hess-Mahan, Peter J. Kolovos, Michael G. Bongiorno
Sarah L. Murphy